**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7932**

_____

MICHAEL J. LESESNE,

                                        Petitioner - Appellant,

        versus

WILLIE EAGLETON, Warden of Evans Correctional
Institution; CHARLES MOLONY CONDON,

                                        Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence. Patrick Michael Duffy, District Judge;
Falcon B. Hawkins, Senior District Judge.  (CA-00-2495-4-23BF)

_____

Submitted:  March 26, 2002            Decided:  June 24, 2002

_____

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Michael J. Lesesne, Appellant Pro Se.  William Edgar Salter, III,
OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South
Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael J. Lesesne appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Lesesne v. Eagleton, No. CA-00-2495-4-23BF (D.S.C. filed Sept. 25, 2001; entered Sept. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2